Andrew Papiez, appellant, v. John Barton Payne, director general of railroads et al., operating under name of Chicago Surface Lines, appellees. Gen. No. 26,341.

Action for damages for personal injuries received by plaintiff in a collision between a freight car and a street car in which plaintiff was a passenger. Verdict and judgment for plaintiff from which he appeals on the ground of inadequacy.. Appeal from the Circuit Court of Cook ,county; the Hon. David M. Brothers, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 17, 1921. Rehearing denied October 31, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Morse Ives and H. H. Patterson, for appellant. Charles LeRoy Brown, for appellees; John R. Guilliams, John E. Kehoe and J. Raymond Barse, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

G. H. Hammond Company, appellant, v. Pittsburgh, Cincinnati, Chicago & St. Louis Railway Company and Chicago Junction. Railway Company, appellees. Gen. No. 26,420.

Action for damages for injuries to a horse struck by a locomotive at a railroad crossing. Judgment for defendants on an instructed verdict. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed October 17, 1921. Rehearing denied October 31, 1921.

Robert C. McManus, for appellant; Frank L. Horton and William N. Strack, of counsel. Loesch, Scofield, Loesch & Richards and Winston, Strawn & Shaw, for appellees; Edward M. Burke, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

John A. McGarry et al., appellants, v. Village of Wilmette et al., appellees. Gen. No. 26,441.

Decided in accordance with *ante*, p. 218. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 17, 1921. Rehearing denied October 31, 1921.

George A. Mason, for appellants; Robert Humphrev and Henry E. Mason, of counsel. Wilkerson, Cassels, Potter & Gilbert, for appellees; Ralph F. Potter and Earl D. Hostetter, of counsel.

Mr. Justice McSurely delivered the opinion of the court.